Commonwealth *v.* St. Clair, Appellant.

Argued September 11, 1972. *Barry Simon,* with him *J. Pennington Straus,* and *Schnader, Harrison, Segal & Lewis,* for appellant; *James T. Ranney,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: This is an appeal from a conviction and sentence on charges of burglary and aggravated robbery. From a review of the record we conclude that appellant's waiver of a jury was valid. However, the court below refused consideration of appellant's petition for reconsideration of sentence, under the mistaken belief that the petition had not been filed in time.

Reversed and remanded for consideration, on the merits, of appellant's petition for reconsideration of sentence.